Laura R. Jacobsen (NV Bar No. 13699)
McDONALD CARANO LLP
100 W. Liberty St., 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
ljacobsen@mcdonaldcarano.com

Christopher A. Pickett (MO Bar No. 51059)
(*pro hac vice* to be submitted)
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Ste. 2000
St. Louis, MO 63102
Telephone: (314) 241-9090
Facsimile: (314) 345-5465
cap@greensfelder.com

*Attorneys for Plaintiff*
*Edward D. Jones & Co., L.P.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD D. JONES & CO., L.P. | Case No.: 2:19-cv-01968 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF PRELIMINARY INJUNCTION** |
| v. | |
| MICHAEL PETERSON, | **(First Request)** |
| Defendant. | |

Pursuant to Local Rules IA 6-1 and 6-2, and Local Rule 7-1, Plaintiff Edward D. Jones & Co., L.P. ("Edward Jones") and Defendant Michael Peterson ("Mr. Peterson"), through their undersigned counsel, hereby agree and stipulate as follows:

1. On November 12, 2019, the Court entered a Temporary Restraining Order (ECF No. 10) (the "TRO"), setting the hearing on Edward Jones' Motion for Preliminary Injunction (ECF No. 6) (the "Injunction Motion") for November 25, 2019 at 10:00 a.m. (the "Injunction Hearing").

2. The TRO also set a November 22, 2019 deadline for Edward Jones to file any reply in support of the Injunction Motion.

3. Concurrently with the instant case, Edward Jones is also pursuing its claims in

arbitration pursuant to the Financial Industry Regulatory Authority ("FINRA") Code of Arbitration and Agreement.   FINRA Rule 13804(b)(1) provides that when a court issues a temporary restraining order, FINRA shall hold an expediting arbitration hearing on a request for a preliminary injunction within fifteen (15) days of issuance of the temporary restraining order.   Following that hearing, the FINRA panel will determine whether FINRA will issue an injunction.

4.   Due to scheduling difficulties with respect to the FINRA hearing, the parties filed a stipulation on November 18, 2019 requesting an extension of the TRO and the briefing schedule. *See* ECF No. 19.)

5.   On November 18, 2019, the Court granted the parties' stipulation, extending the TRO to expire on December 10, 2019 and re-setting the Injunction Hearing for December 9, 2019.

6.   The parties again seek to consolidate their efforts to have the FINRA panel take evidence and hear Edward Jones' request for injunctive relief and Michael Peterson's evidence in opposition to the request, in lieu of proceeding before both this Court and the FINRA panel.

7.   The parties therefore request that Edward Jones' deadline to file a reply in support of the Injunction Motion be extended from **November 22, 2019** to **December 6, 2019**, in line with the new Injunction Hearing Date.

8.   This request is not made for purposes of delay.   Rather, the parties seek to streamline the litigation between them and conserve both the parties' and the Court's resources.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

9.     By executing this stipulation, the parties do not waive any objections with respect to the TRO and any preliminary injunction.

**IT IS SO STIPULATED.**

Dated:  November 21, 2019

GREENSFELDER, HEMKER & GALE, P.C.

*/s/ Christopher A. Pickett*
Christopher A. Pickett (MO Bar. No. 51059)
10 South Broadway, Ste. 2000
St. Louis, MO 63102

McDONALD CARANO LLP

*/s/ Laura R. Jacobsen*
Laura R. Jacobsen (NV Bar No. 13699
100 W. Liberty St., 10th Floor
Reno, NV 89501

*Attorneys for Plaintiff*
*Edward D. Jones & Co., L.P.*

Dated:  November 21, 2019

AKERMAN LLP

*/s/ Danya W. Blair*
Rex D. Garner, Esq. (NV Bar No. 9401)
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

Danya W. Blair (TX Bar No. 00790315)
(*Admitted Pro Hac Vice*)
112 E. Pecan St., Suite 2750
San Antonio, TX 78205

*Attorneys for Defendant Michael Peterson*

## ORDER

**IT IS SO ORDERED.**

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED:  November 22, 2019.